**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>**Fax (410) 962-6836** |

April 3, 2006

Ralph L. Arnsdorf, Esquire
Franklin & Prokopik
Suite 600, The B&O Building
Two North Charles Street
Baltimore, MD 21201-3777

Robert J. Lynott, Esquire
Thomas and Libowitz PA
100 Light Street, Suite 1100
Baltimore, MD 21202-1053

      Re:    <u>Chester River Health System, Inc. v. HBE Corporation, et al.</u>
                <u>Civil No. CCB-04-2948</u>

Dear Counsel:

      This will confirm the results of our conference call today.

      HBE's Motion to Revise the Scheduling Order is **Denied without prejudice** at this time. HBE will provide its expert reports for Dr. Cheung and Mr. Burt to Delcard's counsel as promptly as possible; no later than **April 28, 2006**, HBE will file a motion for voluntary dismissal or advise the court that it has chosen not to do so. Delcard may respond by **May 19, 2006,** either in opposition to the motion to dismiss or with any motion of its own to dismiss on estoppel or other grounds.

      Any further revisions to the scheduling order will be considered after the above motions are resolved.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an Order.

Sincerely yours,

/s/

Catherine C. Blake
United States District Judge

cc:   Sean Edwards, Esquire